IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| JESUS ALBERTO PULGAR PRIMERA,<br><br>Petitioner,<br><br>vs.<br><br>PAMELA BONDI, Attorney General, et al.,<br><br>Respondents. | 0:26-CV-940<br><br>MEMORANDUM AND ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS |

The petitioner[1] is a noncitizen currently detained by U.S. Immigration and Customs Enforcement (ICE), seeking a writ of habeas corpus under 28 U.S.C. § 2241. The petitioner contends their detention is unlawful due to denial of a bond hearing pursuant to 8 C.F.R. §§ 236.1(d)(1) and 1236.1(d)(1). *See* filing 1. The government responds that detention is mandatory, not discretionary, and the petitioner is not eligible to be released. *See* filing 4.

The briefing demonstrates that the petitioner's application for the writ only presents issue of law—and the government does not dispute this point, having been directed to address it, *see* filing 3 at 2; filing 4—so the Court declines to hold a hearing. *See* § 2243. The Court will grant the petition for the reasons thoroughly articulated by this Court in *Velasco Hurtado v. Bondi*, No. 0:26-CV-546, 2026 WL 184884 (D. Minn. Jan. 24, 2026). The government shall immediately—if necessary—return the petitioner to the state of Minnesota and release the petitioner from custody.

---

[1] The Court finds that the uncontroverted allegations of the petition sufficiently establish the standing of the petitioner's next friend to bring this action on behalf of the petitioner. *See* 28 U.S.C. § 2242; *see also Whitmore v. Arkansas*, 495 U.S. 149, 163-65 (1990); *Yessenia S.T. v. Bondi*, No. 26-CV-30, 2026 WL 102407, at *2 (D. Minn. Jan. 14, 2026).

IT IS ORDERED:

1. The Petition for Writ of Habeas Corpus (filing 1) is granted.

2. The government shall, if necessary, immediately return the petitioner to the District of Minnesota.

3. When the petitioner is in Minnesota, the government shall immediately release the petitioner from custody without conditions, and shall return any personal property seized from the petitioner when detained.

4. No later than **February 7, 2026**, the government shall file a status report certifying compliance with this Order.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 5th day of February, 2026.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge